

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2025

No. 04-23-01016-CV

Jill Angel **REED**,
Appellant

v.

Dennis Lee **VLASEK**, William Ed Vlasek, Jr., and Shaleah Hill,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 23221B
Honorable Rex Emerson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 12, 2025.

Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2025.

Luz Estrada, Chief Deputy Clerk